GILL SPERLEIN (172887)
THE LAW FIRM OF GILL SPERLEIN
584 Castro Street, Suite 849
San Francisco, California 94114
Telephone: (415) 378-2625
Facsimile: (415) 252-7747
legal@titanmedia.com

Attorney for Plaintiff
IO GROUP, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IO GROUP, INC. d/b/a TITAN MEDIA, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MARK LAPERNA, an individual; and DOES 1-44, individuals,<br><br>Defendants. | CASE NO.<br><br>**DECLARATION OF GILL SPERLEIN IN SUPPORT OF PLAINTIFF'S MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO LOCAL RULE 7-11 FOR DISCOVERY ORDER; AND [PROPOSED] ORDER** |

I, GILL SPERLEIN, declare:

1. I am an attorney at law licensed to practice in the State of California and attorney of record for Plaintiff Io Group, Inc.

2. Mark LaPerna, the only named defendant in this matter has not yet been served and has not appeared. The DOE defendants have not yet been identified.

3. Plaintiff is in the process of identifying individuals who are currently named as DOE 1-44, and seeks this Order to aid in that process.

4. On behalf of Io Group, Inc. I served a subpoena on Ning, Inc. requesting the ip address and any other identifying information associated with users who engaged in the infringing

acts at issue in this matter. The Clerk of the Court issued the subpoena under the provisions of 17 U.S.C. § 512(h). The clerk opened a miscellaneous matter captioned *In re Io Group, Inc.*, and assigned the number CV-08-80015-MISC (JSW).

5. Ning has responded to the subpoena by providing ip addresses from which each infringer accessed Ning.com along with a corresponding time and date.

6. By way of example in Ning's response to Io Group, Inc.'s subpoena, it responded that ip address recorded for the user "cuthung7" at 2008-02-06 19:28:47.037 was 24.164.23.228.

7. I searched public data bases and learned that Road Runner (Time Warner Cable) controls the ip address 24.164.23.228.

8. I intend to serve subpoenas on the Internet access providers who control the ip addresses identified by Ning in response to the subpoena, in order to obtain account holder information for the subscribers assigned those ip addresses.

9. By indentifying the subscribers assigned the ip addresses associated with the infringing activity, plaintiff will be able to determine the names of the defendants previously identified as DOES 1 through 44.

10. I am aware of no other manner in which I could reliably obtain the identity of the Doe Defendants.

Pursuant to the laws of the United States, I declare under penalty of perjury the foregoing is true and correct.

Dated:                                               Respectfully submitted,


                                                     GILL SPERLEIN,
                                                     Attorney for Plaintiff