

March 15, 2008

Dear Honorable Judge,

    My name is Mark LaPerna. Was served Today with a Summons in a Civil Case Case # **CV 08-1162**

(a) Would like to say that I deny all the allegations listed in the complaint.
(b) I am indigent and cannot afford an attorney and cannot afford to travel to this venue

I would like to request the Courts Guidance pertaining to this matter.

Also received a Summons pertaining to providing Internet Access Providers for the other 44 John Does in this case. I do not have this information. That information is confidential and is only know by Ning, the Company that hosted the Network.

Respectfully Yours

Mark LaPerna

4325 S. Bruce St. # 92

Las Vegas, Nevada, 89119

Copy sent to:

IO Group, INC. d/b/a Titan Media

584 Castro Street, Suite 849

San Francisco, California, ~~944914~~ 94114