Clear Form

*[Filed stamp: MAR 24 2008, RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE]*

IO GROUP, INC d/b/a TITAN MEDIA, a CALIFORNIA CORP
PLAINTIFF

vs.

MARK LaPURNA, an INDIVIDUAL; AND DOES 1-44 INDIVIDUALS
DEFENDANTS.

CV 08 1162 PVT

(Non-prisoner cases only)

1 | and wages per month which you received.
2 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
3 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
4 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

   a. Business, Profession or self employment?  Yes ___ No ___
   b. Income from stocks, bonds, or royalties?  Yes ___ No ___
   c. Rent payments?  Yes ___ No ___
   d. Pensions, annuities, or life insurance payments?  Yes ___ No ___
   e. Federal or State welfare payments, Social Security or other government source?  Yes ✓ No ___

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

*I Receive $797.00 in SSI, I am Disabled, This is per month*

3. Are you married?  Yes ___ No ✓

Spouse's Full Name: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Spouse's Place of Employment: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Spouse's Monthly Salary, Wages or Income:
Gross $▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  Net $▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

4. a. List amount you contribute to your spouse's support:$ ▓▓▓▓▓▓▓▓▓▓▓▓
   b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

1  children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)
2  _____
3  _____
4  5.   Do you own or are you buying a home?   Yes ___  No ✓
5  Estimated Market Value: $_____ Amount of Mortgage: $_____
6  6.   Do you own an automobile?   Yes ___  No ✓
7  Make _____ Year _____ Model _____
8  Is it financed? Yes ___ No ___ If so, Total due: $ _____
9  Monthly Payment: $ _____
10 7.   Do you have a bank account?  Yes ✓  No ___ (Do not include account numbers.)
11 Name(s) and address(es) of bank:  Citi Bank
12 3990 S. Maryland Pkwy, Las Vegas, NV 89119
13 Present balance(s):  $ 600.80
14 Do you own any cash?  Yes ✓  No ___  Amount: $ 13.85
15 Do you have any other assets?  (If "yes," provide a description of each asset and its estimated
16 market value.)                                           Yes ___  No ✓
17 _____
18 8.   What are your monthly expenses?
19 Rent: $ 139.00       Utilities: 300.00
20 Food: $ 300.00       Clothing: ✗
21 Charge Accounts:
22 Name of Account           Monthly Payment           Total Owed on This Account
23 _____                $ _____              $ _____
24 _____                $ _____              $ _____
25 _____                $ _____              $ _____
26 9.   Do you have any other debts?  (List current obligations, indicating amounts and to whom
27 they are payable.  Do not include account numbers.)
28 _____

- 3 -

1
2  10.   Does the complaint which you are seeking to file raise claims that have been presented in
3  other lawsuits?   Yes ___   No ✓
4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5  which they were filed.
6
7
8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9  false statement herein may result in the dismissal of my claims.
10
11  _3-20-08_                              _Mark J. LaPerna_
12       DATE                              SIGNATURE OF APPLICANT
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 4 -