# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

FILED

08 MAR 26 P 1:27

RICHARD W. WIEKING
CLERK
U.S. DIST. CT.
NO. DIST. OF CA. S.J.

IO GROUP, INC. d/b/a TITAN MEDIA, a
California Corporation,

v.

MARK LAPERNA, an individual, and DOES 1-44,
individuals.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**CV 08 -1162 PVT**

TO: (Name and address of defendant)

MARK LAPERNA
4325 S. BRUCE STREET
LAS VEGAS, NEVADA 89119

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

GILL SPERLEIN
THE LAW OFFICE OF GILL SPERLEIN
584 Castro Street, Suite 849
San Francisco, CA 94114

415-378-2625
legal@titanmedia.com

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

Helen K. Amacen
(BY) DEPUTY CLERK

FEB 27 2008
DATE_____

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐  Served Personally upon the Defendant. Place where served:


☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:


☐  Returned unexecuted:


☐  Other *(specify)*:


### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                   Date                                  Signature of Server

                                        _____
                                        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

GILL SPERLEIN (SBN 172887)
LAW OFFICES OF GILL SPERLEIN
584 Castro Street, Suite 848
San Francisco, CA 94114
Telephone: (415) 378-2625
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff: IO GROUP, INC. etc., et al.

Defendant: MARK LAPERNA etc., et al.

Ref#: 231624    *    **PROOF OF SERVICE**    *    Case No.: CV 08-1162 PVT

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

SUMMONS IN A CIVIL CASE; COMPLAINT; PLAINTIFF'S MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO LOCAL RULE 7-11 FOR LEAVE TO TAKE DISCOVERY PRIOR TO RULE 26 CONFERENCE; DECLARATION OF KEITH WEBB IN SUPPORT OF PLAINTIFF IO GROUP INC.'S NOTICE OF MISCELLANEOUS ADMINISTRATIVE REQUEST FOR LEAVE TO TAKE DISCOVERY PRIOR TO RULE 26 CONFERENCE; DECLARATION OF GILL SPERLEIN IN SUPPORT OF PLAINTIFF'S MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO LOCAL RULE 7-11 FOR DISCOVERY ORDER; AND [PROPOSED] ORDER; [PROPOSED] ORDER FOR LEAVE TO TAKE EARLY DISCOVERY; U.S. DISTRICT COURT NORTHERN CALIFORNIA, ECF REGISTRATION INFORMATION HANDOUT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE; WELCOME TO THE UNITED STATES DISTRICT COURT

in the within action by personally delivering true copies thereof to the person named below, as follows:

　　　　Party served    : MARK LAPERNA

　　　　By serving      : Mark Laperna, Personally

　　　　Address         : (Home)
　　　　　　　　　　　    4325 S. Bruce Street
　　　　　　　　　　　    Las Vegas, NV 89119

　　　　Date of Service: March 15, 2008

　　　　Time of Service: 10:50 AM

Person who served papers:
NILLYRETH TABARES
SPECIALIZED LEGAL SERVICES, INC.
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500

Fee for service: $195.00
Registered California process server.
(i) Employee or Independent Contractor
(ii) Registration no.:
(iii) County:

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: March 18, 2008                    Signature _____

** TOTAL PAGE.02 **