United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IO GROUP, INC. dba TITAN MEDIA,

Plaintiff,

v.

MARK LA PERNA, et al.,

Defendants.

Case No.: C 08-01162 PVT

**ORDER DENYING REQUEST FOR APPOINTMENT OF COUNSEL WITHOUT PREJUDICE TO RENEWED MOTION ON FURTHER SHOWING**

**[Docket No. 3]**

In a March 15, 2008 letter, defendant Mark La Perna stated that he was indigent and could not afford counsel. He has requested further guidance from the court. Defendant La Perna's letter is deemed a request for appointment of counsel.[1] Based on the file herein,

IT IS HEREBY ORDERED that defendant La Perna's motion is DENIED without prejudice to a renewed motion in the event defendant can make an adequate showing that he qualifies for appointment of counsel. Pursuant to 28 U.S.C.A. §1915(e)(1), "[t]he court may request an attorney to represent any person unable to afford counsel." However, "[t]here is no automatic right to the appointment of counsel; and in a civil case, a federal court has considerable discretion in determining whether to appoint counsel." *See, e.g., L.C. Hall v. Trisun*, Not Reported in F. Supp.2d, 2005 WL3348956 (W.D. Tex.). Absent specific statutory authorization, an appointment of counsel

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

may be made in "extraordinary circumstances." *Id.* (internal citations omitted). A finding of "extraordinary circumstances" generally turns on two factors: (1) the type and complexity of the case; and (2) the abilities of the individual bringing the action. *Id.*

In the present case, plaintiff has alleged that defendant La Perna is one of forty-five defendants who committed copyright infringement, contributory copyright infringement, vicarious copyright infringement, inducement of copyright infringement, false designation of origin and trademark infringement. Specifically, plaintiff has alleged that defendant La Perna and certain other defendants created a network to pirate audiovisual works and photographs from a professional producer of gay erotica. Defendant La Perna has denied all the allegations set forth in the complaint.

Aside from showing financial need, defendant La Perna has not demonstrated any "extraordinary circumstances" that would warrant an appointment of counsel here.

IT IS FURTHER ORDERED that this order is without prejudice to a renewed motion for appointment of counsel in the event defendant is later able to present extraordinary circumstances that warrant further review.

Dated: *March 31, 2008*

Patricia V. Trumbull

PATRICIA V. TRUMBULL
United States Magistrate Judge

**United States District Court**
For the Northern District of California

copies mailed on 3/31/2008 to:

Mark LaPerna
4325 S. Bruce Street, Apt. No. 92
Las Vegas, NV 89119

_EunHae Park for____
CORINNE LEW
Courtroom Deputy