GILL SPERLEIN (172887)
THE LAW FIRM OF GILL SPERLEIN
584 Castro Street, Suite 849
San Francisco, California  94114
Telephone: (415) 378-2625
Facsimile: (415) 252-7747
legal@titanmedia.com

Attorney for Plaintiff
IO GROUP, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IO GROUP, INC. d/b/a TITAN MEDIA, a California corporation,<br><br>     Plaintiff,<br><br>          vs.<br><br>MARK LAPERNA, an individual; and DOES 1-44, individuals,<br><br>     Defendants. | **CASE NO.: C-08-1162 (PVT)**<br><br>**DECLARATION OF GILL SPERLEIN IN SUPPORT OF PLAINTIFF'S MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO LOCAL RULE 7-11 FOR LEAVE TO FILE AMENDED COMPLAINT AND NOTICE OF VOLUNTARY DISMISSAL** |

I, GILL SPERLEIN, declare:

　　　　1.　　I am an attorney at law licensed to practice in the State of California and attorney of record for Plaintiff Io Group, Inc.

　　　　2.　　On behalf of Plaintiff Io Group, Inc. I filed the complaint in this action of February 27, 2008 concurrent with a request for early discovery in order to name defendants who were named as Does.

　　　　3.　　Through discovery I was able to identify most of the Does and negotiated settlement agreements with many of them.

SPERLEIN DECLARATION IN SUPPORT OF
PLAINTIFF'S REQUEST FOR LEAVE TO FILE
AMENDED COMPLAINT AND DISMISSAL
C-08-1162 (PVT)

1

2

      4.      On behalf of Plaintiff I now seek to voluntarily dismiss all but two of the

defendants previously named as Does.

3

4

      5.      I have identified the remaining Does as Sylvester Young and John Shafer and seek

5

to amend the Complaint to add their true names.

6

      6.      I have made several attempts to meet and confer with Defendant Mark LaPerna to

7

discuss litigation matters.  However, Mr. LaPerna has refused to cooperate and has become

8

verbally abusive and requests that I not contact him.  Consequently, I was not able to obtain his

9

stipulation to file Plaintiff's First Amended Complaint or Notice of Voluntary Dismissal.  Mr.

10

LaPerna's last e-mail communication to me is attached hereto as Exhibit A.

11

12

      Pursuant to the laws of the United States, I declare under penalty of perjury the foregoing

13

is true and correct.

14

15

16

Dated:  *May 30, 2008*

Respectfully submitted,

17

18

19

GILL SPERLEIN,
Attorney for Plaintiff

20

21

22

23

24

25

26

27

28

SPERLEIN DECLARATION IN SUPPORT OF
PLAINTIFF'S REQUEST FOR LEAVE TO FILE
AMENDED COMPLAINT AND DISMISSAL
C-08-1162 (PVT)

**Gill Sperlein**

| | |
|---|---|
| **From:** | closetjock@aol.com |
| **Sent:** | Thursday, May 29, 2008 1:20 AM |
| **To:** | Gill Sperlein |
| **Subject:** | Re: Io Group, Inc. v. LaPerna |

I DO NOT want to resolve the matter through ADR! I refuse to communicate with someone who went so low as to report me to Ning for a site I had called BOYSTOWN, telling them that I had Child Pornography on the site and then getting it shut down! You're a complete ASSHOLE Dude and a disgrace to the Gay Community!  I will not cooperate, get counsel, or do anything but show up for a court date when one is available! I will then simply let the world know what an asshole you are, turn around, walk out, and go home! The End!
If the court need to get in touch with me they have my address! Please DO NOT contact me anymore! Mark LaPerna

---

Get trade secrets for amazing burgers. Watch "Cooking with Tyler Florence" on AOL Food.