GILL SPERLEIN (172887)
THE LAW FIRM OF GILL SPERLEIN
584 Castro Street, Suite 849
San Francisco, California  94114
Telephone: (415) 378-2625
Facsimile: (415) 252-7747
legal@titanmedia.com

Attorney for Plaintiff
IO GROUP, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IO GROUP, INC. d/b/a TITAN MEDIA, a California corporation,<br><br>　　Plaintiff,<br><br>　　　　vs.<br><br>MARK LAPERNA, an individual; and DOES 1-44, individuals,<br><br>　　Defendants. | CASE NO.: C-08-1162 (PVT)<br><br>**PROOF OF SERVICE**<br><br>**PLAINTIFF'S MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO LOCAL RULE 7-11 FOR LEAVE TO FILE AMENDED COMPLAINT AND NOTICE OF VOLUNTARY DISMISSAL AND DECLARATION OF GILL SPERLEIN IN SUPPORT THEREOF** |

-1-

CERTIFICATE OF SERVICE
PLAINTIFF'S REQUEST FOR LEAVE TO FILE
AMENDED COMPLAINT AND DISMISSAL
AND SUPPORTING DECLARATION
C-08-1162 (PVT)

# CERTIFICATE OF SERVICE

I am over 18 years of age, am employed in the county of San Francisco, at 69 Converse Street, San Francisco, California, 94110 in the office of a member of the Bar of the United States District Court for the Northern District of California. I am readily familiar with the practice of this office for collection and processing of correspondence for mailing with United States Post Office and correspondence is deposited with United States Post Office that same day in the ordinary course of business. Today I served the attached:

- **PLAINTIFF'S MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO LOCAL RULE 7-11 FOR LEAVE TO FILE AMENDED COMPLAINT AND NOTICE OF VOLUNTARY DISMISSAL**

- **DECLARATION OF GILL SPERLEIN IN SUPPORT OF PLAINTIFF'S MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO LOCAL RULE 7-11 FOR LEAVE TO FILE AMENDED COMPLAINT AND NOTICE OF VOLUNTARY DISMISSAL**

by causing a true and correct copy of the above to be placed with the United States Post Office at San Francisco, California in a sealed envelope with postage prepaid, addressed as follows:

MARK LAPERNA
4325 S. BRUCE STREET #92
LAS VEGAS, NEVADA  89119

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 30, 2008.

Dated: *May 30, 2008*     _____

GILL SPERLEIN,
Counsel for Plaintiff Io Group, Inc.