**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IO GROUP, INC. dba TITAN MEDIA,

Plaintiff,

v.

MARK LA PERNA, et al.,

Defendants.

Case No.: C 08-01162 PVT

**ORDER GRANTING PLAINTIFF IO GROUP, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

**[Docket No. 15]**

On May 30, 2008, plaintiff IO Group, Inc moved for leave to file an amended complaint.[1] Originally, plaintiff had filed an action against one individual named Mark LaPerna and 44 John Does alleging that they had created a network to pirate audiovisual works and photographs from a professional producer of gay erotica. Plaintiff now states that it has identified most of the John Does from the original complaint and seeks to dismiss all but two of them. Because defendant LaPerna who is proceeding *pro se* has answered the complaint and refuses any further contact with plaintiff's counsel, plaintiff moves for leave to amend the complaint.

Rule 15 mandates that "[t]he court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2).

Having reviewed the papers submitted and considered the arguments of counsel, plaintiff's

[1] Although a motion for leave to amend the complaint should have been filed as a noticed motion, the court will permit the motion for leave to amend to proceed as an administrative motion here.

motion for leave to amend the complaint is granted.[2] Plaintiff shall file the amended complaint no later than June 9, 2008.

IT IS SO ORDERED.

Dated: *June 2, 2008*

PATRICIA V. TRUMBULL
United States Magistrate Judge

United States District Court
For the Northern District of California

[2] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

<u>copies mailed on 6/04/2008 to:</u>

Mark LaPerna
4325 S. Bruce Street, Apt. No. 92
Las Vegas, NV 89119

_EunHae Park for____
CORINNE LEW
Courtroom Deputy

**United States District Court**
For the Northern District of California