**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

IO GROUP, INC.,                                                        C 08-1162 PVT

    *Plaintiff(s),*

**CLERK'S NOTICE RESCHEDULING
CASE MANAGEMENT CONFERENCE**

*vs.*

MARK LAPERNA, ET AL.,

    *Defendant(s).*

    Please take notice that the Case Management Conference previously scheduled for June 17, 2008 has been rescheduled for **August 26, 2008 at 2:00 p.m.** before Magistrate Patricia V. Trumbull**.**   Parties are to appear in courtroom #5, 4th Floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

Dated: June 16, 2008

/s/ Corinne Lew
_____
Corinne Lew
DEPUTY CLERK