GILL SPERLEIN (172887)
THE LAW FIRM OF GILL SPERLEIN
584 Castro Street, Suite 849
San Francisco, California 94114
Telephone: (415) 378-2625
Facsimile: (415) 252-7747
legal@titanmedia.com

Attorney for Plaintiff
IO GROUP, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| IO GROUP, INC. d/b/a TITAN MEDIA, a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> MARK LAPERNA, SYLVESTER YOUNG and JOHN SHAFER, individuals, <br><br> Defendants. | CASE NO. C 08-1162 (PVT) <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DOE DEFENDANTS 2 THRU 39 and 41 THRU 44.** |

Plaintiff Io Group, Inc. hereby dismisses Does 2 thru 39 and 41 thru 44 with prejudice.

Dated: *June 16, 2008*         */s/ Gill Sperlein*
                               GILL SPERLEIN
                               Attorney for Plaintiff IO GROUP, INC.