AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| IO GROUP, INC. d/b/a TITAN MEDIA )<br>Plaintiff )<br>v. )  Civil Action No.   C-08-1162 (PVT)<br>MARK LAPERNA, et al. )<br>Defendant ) | |

### Summons in a Civil Action

To:   SYLVESTER YOUNG
            *(Defendant's name)*

A lawsuit has been filed against you.

Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Gill Sperlein
54 Castro Street, Suite 849
San Francisco, CA  94114
legal@titanmedia.com   phone 415-487-1211 X32, fax 415-252-7747

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   JUN 0 5 2008

Richard W. Wieking
Name of clerk of court

*(signature)*
Deputy clerk's signature
Tiffany Salinas-Harwell

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# CERTIFICATE OF SERVICE

I am an active member of the California Bar and the Bar of the United States District Court for the Northern District of California and I am not a party to this action. My business address is 584 Castro Street, Suite 849, San Francisco, California, 94114. Today I served the attached

- **SUMMONS IN A CIVIL ACTION TO Sylvester Young, C-08-1162 (PVT)**
- **PLAINTIFF'S FIRST AMENDED COMPLAINT, C-08-1162 (PVT)**

by depositing them with the United States Post Office at San Francisco, California in a sealed envelope with postage prepaid, return receipt requested addressed as follows:

SYLVESTER YOUNG
2695 ARLINGTON DR., APT 203
ALEXANDRIA, VA 22306-3668

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on June 10, 2008.

Dated: *June 10, 2008*

GILL SPERLEIN,
Counsel for Plaintiff Io Group, Inc.

-1-

## U.S. Postal Service
### CERTIFIED MAIL RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

ALEXANDRIA VA 22306      **OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ | $1.34 |
| Certified Fee | | $2.70 |
| Return Receipt Fee (Endorsement Required) | | $2.20 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.24 |

Postmark Here — JUN 10 2008 — SAN FRANCISCO CA 94103

7007 2560 0001 6861 3909

Sent To: Sylvester Young
Street, Apt. No.; or PO Box No.: 2695 Arlington Dr #203
City, State, ZIP+4:

PS Form 3800, August 2006

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:
SYLVESTER YOUNG
2695 ARLINGTON DR.
APT 203
ALEXANDRIA, VA
22306-3668

7007 2560 0001 6861 3909

4b. Service Type
☐ Registered     ☒ Certified
☐ Express Mail   ☐ Insured
☐ Return Receipt for Merchandise  ☐ COD

5. Received By: (Print Name) Sylvester Young

6. Signature: (Addressee or Agent) X

7. Date of Delivery: 06/17/08

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, December 1994        Domestic Return Receipt