GILL SPERLEIN (172887)
THE LAW OFFICE OF GILL SPERLEIN
584 Castro Street, Suite 849
San Francisco, California  94114
Telephone: (415) 487-1211 X32
Facsimile: (415) 252-7747
legal@titanmedia.com

Attorney for Plaintiff
IO GROUP, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| IO GROUP, INC. d/b/a TITAN MEDIA, a California corporation,<br><br>    Plaintiff,<br><br>         vs.<br><br>MARK LAPERNA, SYLVESTER YOUNG and JOHN SHAFER, individuals,<br><br>    Defendants. | **CASE NO.: C 08-1162 (PVT)**<br><br>**REQUEST TO ENTER DEFAULT AS TO DEFENDANTS SYLVESTER YOUNG AND JOHN SHAFER** |

TO:  THE CLERK OF THE ABOVE-ENTITLED COURT

   Plaintiff Io Group, Inc., hereby requests that the Clerk of the above-entitled Court enter default in this matter against Defendants SYLVESTER YOUNG and JOHN SHAFER, on the ground that said defendants have failed to respond to the First Amended Complaint within the time prescribed by the Federal Rules of Civil Procedure.

1 | Plaintiff served defendants SYLVESTER YOUNG and JOHN SHAFER with the
2 | Summons and First Amended Complaint by registered mail return receipt requested. Sperlein
3 | Declaration at ¶¶2 and 6.  Service was completed on June 20, 2008.  *Id*. at ¶¶3 and 7.

Defendant SYLVESTER YOUNG and JOHN SHAFER's responsive pleadings became due on July 10, 2008. *Id*. at ¶¶4 and 8.

Defendants SYLVESTER YOUNG and JOHN SHAFER have not filed responsive pleadings. *Id*. at ¶¶5 and 9.

The above-stated facts are set forth in the accompanying declaration of Gill Sperlein, filed herewith.

Dated: *July 31, 2007*                              Respectfully Submitted,

*/s/ Gill Sperlein*
GILL SPERLEIN
GENERAL COUNSEL, IO GROUP, INC.
Attorney for Plaintiff Io, Group, Inc.

## CERTIFICATE OF SERVICE

I am an active member of the California Bar and the Bar of the United States District Court for the Northern District of California and I am not a party to this action. My business address is 584 Castro Street, Suite 849, San Francisco, California, 94114. Today I served the attached

- **PLAINTIFF'S REQUEST TO ENTER DEFAULT AS TO DEFENDANTS SYLVESTER YOUNG AND JOHN SHAFER, C-08-1162 (PVT)**
- **DECLARATION OF GILL SPERLEIN IN SUPPORT OF PLAINTIFF'S REQUEST TO ENTER DEFAULT AS TO DEFENDANTS SYLVESTER YOUNG AND JOHN SHAFER, C-08-1162 (PVT)**

by depositing them with the United States Post Office at San Francisco, California in a sealed envelope with postage prepaid, return receipt requested addressed as follows:

MARK LAPERNA
4325 S. BRUCE STREET #92
LAS VEGAS, NEVADA 89119

JOHN SHAFER
402 BISON RIDGE
NAPPANEE, IN 46550

SYLVESTER YOUNG
2695 ARLINGTON DR., APT 203
ALEXANDRIA, VA 22306-3668

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 31, 2008.

*/s/ Gill Sperlein*

Dated: *July 31, 2008*      _____

GILL SPERLEIN,
Counsel for Plaintiff Io Group, Inc.

-1-