GILL SPERLEIN (172887)
THE LAW FIRM OF GILL SPERLEIN
584 Castro Street, Suite 849
San Francisco, California 94114
Telephone: (415) 487-1211 X32
Facsimile: (415) 252-7747
legal@titanmedia.com

Attorney for Plaintiff
IO GROUP, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| IO GROUP, INC. d/b/a TITAN MEDIA, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MARK LAPERNA, SYLVESTER YOUNG and JOHN SHAFER, individuals,<br><br>Defendants. | CASE NO. C 08-1162 (PVT)<br><br>DECLARATION OF GILL SPERLEIN IN SUPPORT OF PLAINTIFF'S REQUEST TO ENTER DEFAULT AS TO DEFENDANTS SYLVESTER YOUNG AND JOHN SHAFER |

I, GILL SPERLEIN, declare:

1. I am an attorney at law licensed to practice in the State of California and attorney of record for Plaintiff Io Group, Inc.
2. I caused Defendant SYLVESTER YOUNG to be served with a copy of the Summons and First Amended Complaint in the above captioned matter by delivering the Summons and First Amended Complaint to his home by registered mail with return receipt requested. I mailed the documents from San Francisco on June 10, 2008 and the United States Post Office returned the receipt signed by SYLVESTER YOUNG.
3. Service was completed June 20, 2008.

4. SYLVESTER YOUNG's responsive pleading became due on July 10, 2008.

5. SYLVESTER YOUNG has not filed an answer or other responsive pleading.

6. I caused Defendant JOHN SHAFER to be served with a copy of the Summons and First Amended Complaint in the above captioned matter by delivering the Summons and First Amended Complaint to his home by registered mail with return receipt requested. I mailed the documents from San Francisco on June 10, 2008 and the United States Post Office returned the receipt signed by JOHN SHAFER.

7. Service was completed June 20, 2008.

8. JOHN SHAFER's responsive pleading became due on July 10, 2008.

9. JOHN SHAFER has not filed an answer or other responsive pleading.

Pursuant to the laws of the United States, I declare under penalty of perjury the foregoing is true and correct.

Dated: *July 31, 2008*

/s/ Gill Sperlein
GILL SPERLEIN
GENERAL COUNSEL, IO GROUP, INC.
Attorney for Plaintiff Io, Group, Inc.

## CERTIFICATE OF SERVICE

I am an active member of the California Bar and the Bar of the United States District Court for the Northern District of California and I am not a party to this action. My business address is 584 Castro Street, Suite 849, San Francisco, California, 94114. Today I served the attached

- **PLAINTIFF'S REQUEST TO ENTER DEFAULT AS TO DEFENDANTS SYLVESTER YOUNG AND JOHN SHAFER, C-08-1162 (PVT)**
- **DECLARATION OF GILL SPERLEIN IN SUPPORT OF PLAINTIFF'S REQUEST TO ENTER DEFAULT AS TO DEFENDANTS SYLVESTER YOUNG AND JOHN SHAFER, C-08-1162 (PVT)**

by depositing them with the United States Post Office at San Francisco, California in a sealed envelope with postage prepaid, return receipt requested addressed as follows:

MARK LAPERNA  
4325 S. BRUCE STREET #92  
LAS VEGAS, NEVADA  89119

JOHN SHAFER  
402 BISON RIDGE  
NAPPANEE, IN  46550

SYLVESTER YOUNG  
2695 ARLINGTON DR., APT 203  
ALEXANDRIA, VA  22306-3668

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 31, 2008.

*/s/ Gill Sperlein*

Dated: *July 31, 2008*     _____

GILL SPERLEIN,  
Counsel for Plaintiff Io Group, Inc.

-1-