**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

August 12, 2008

RE:  <u>CV 08-01162 PVT</u>     <u>IO GROUP INC-v- MARK LAPERNA</u>

Default is declined as to Defendants Sylvester Young and John Shafer on 8/12/2008.

        RICHARD W. WIEKING, Clerk

        by:  <u>Betty Walton</u>
        Case Systems Administrator