

August 13, 2008



FILED
2008 AUG 14 P 1: 30
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA/S.J.

Richard W. Wieking, Clerk
U.S. District Court, Northern District of California
280 South First Street
San Jose, California 95113

**VIA: UPS Ground**

    Re: *Io Group, Inc. v. LaPerna, et al*, C-08-1162 (PVT)
       **Request to Enter Default**

Dear Mr. Wieking:

On July 31, 2008, on behalf of Plaintiff, Io Group, Inc, in the above captioned matter, I filed with the Court Plaintiff's Request to Enter Default as to Defendants Sylvester Young and John Shafer. Yesterday, I received notice that the defaults were declined.

By earlier conversation with a clerk of the San Jose Division, I was informed that the clerk would not enter default unless provided proof by declaration that the defendants are not minors and are not in active military service. This requirement directly conflicts with the Federal Rules of Civil Procedure. While these are requirements for entering a default judgment, they are not requirements for entering of a default. The Rule regarding entry of default is relatively straight forward:

> "When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, *the clerk must enter the party's default*." F.R.C.P. 55(a) (*Emphasis added*).

I have provided evidence that the parties were properly served and that the parties have failed to plead or otherwise defend. Thus, under the Federal Rules, plaintiff's request to enter default *must* be entered. Should plaintiff decided to make a motion for Default Judgment, it will at that time make the necessary showing that the defendants are not minors and are not in active military service.

I thank you in advance for reviewing and correcting this matter, thereby avoiding an unnecessary motion to the Court.

Very truly yours,

GILL SPERLEIN
GENERAL COUNSEL, IO GROUP, INC.

69 CONVERSE STREET, SAN FRANCISCO, CA 94103   VOICE: 415.487.1211 x:32   FAX: 415.252.7747
E-MAIL: LEGAL@TITANMEDIA.COM