**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
408.535.5364

August 19, 2008

RE:  CV 08-01162 PVT        IO GROUP INC-v- MARK LAPERNA

Default is entered as to Defendants **Sylvester Young** and **John Shafer** on August 19, 2008.

           RICHARD W. WIEKING, Clerk

           by Betty Walton  
           Case Systems Administrator

NDC TR-4  Rev. 3/89