UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| IO GROUP, INC., | ) | Case No.: C 08-01162 PVT |
| | ) | |
| Plaintiff, | ) | **ORDER SETTING DEADLINE FOR** |
| | ) | **DEFENDANT LAPERNA TO FILE EITHER A** |
| v. | ) | **"CONSENT TO PROCEED BEFORE A** |
| | ) | **UNITED STATES MAGISTRATE JUDGE," OR** |
| MARK LA PERNA, SYLVESTER | ) | **ELSE A "DECLINATION TO PROCEED** |
| YOUNG AND JOHN SHAFER, | ) | **BEFORE A UNITED STATES MAGISTRATE** |
| | ) | **JUDGE AND REQUEST FOR** |
| Defendants. | ) | **REASSIGNMENT"** |

On August 26, 2008, the above-captioned action is scheduled for a case management conference. This case has been assigned to a Magistrate Judge. Before the court takes any further action, the court must determine whether or not all of the parties who have appeared consent to Magistrate Judge jurisdiction, or whether any of the parties request reassignment to a District Judge. Therefore,

IT IS HEREBY ORDERED that no later than August 25, 2008, each party who has not already done so shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the clerk of the court, or from the Forms (Civil)

ORDER, *page 1*

1 | section of the court's website at www.cand.uscourts.gov.
2 |     IT IS SO ORDERED.
3 | Dated: *August 21, 2008*

*Patricia V. Trumbull*
_____
PATRICIA V. TRUMBULL
United States Magistrate Judge