|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|                                   |                                                                              |
|-----------------------------------|------------------------------------------------------------------------------|
|                                   | No. C                                                                        |
| Plaintiff(s),                     | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**               |
| v.                                |                                                                              |
| Defendant(s).                     /|                                                                              |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _____    _____
                                   Signature

                                   Counsel for _____
                                   (Plaintiff, Defendant or indicate "pro se")

# CERTIFICATE OF SERVICE

I am over 18 years of age, am employed in the county of San Francisco, at 69 Converse Street, San Francisco, California, 94110 in the office of a member of the Bar of the United States District Court for the Northern District of California. I am readily familiar with the practice of this office for collection and processing of correspondence for mailing with United Parcel Service and correspondence is deposited with United Parcel Service that same day in the ordinary course of business. Today I served the attached:

- **Order Setting Deadline for Defendant LaPerna to File Either a "Consent to Proceed Before a United States Magistrate Judge" or Else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment",** *IO GROUP, INC. V. MARK LAPERNA*, **C-08-1162 (PVT)**
- **Plaintiff's Consent to Proceed before a United States Magistrate Judge,** *IO GROUP, INC. V. MARK LAPERNA*, **C-08-1162 (PVT)**

by causing a true and correct copy of the above to be placed with the United Parcel Service at San Francisco, California in a sealed envelope with postage prepaid, addressed as follows:

MARK LAPERNA
4325 S. BRUCE STREET
LAS VEGAS, NEVADA  89119

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 22, 2008.

*8/22/2008*                                                              */s/ Gill Sperlein*

Dated: _____                    _____
                                                               GILL SPERLEIN,

-1-