**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

IO GROUP INC.,                                       C 08-1162 PVT

    *Plaintiff(s),*

                                               **CLERK'S NOTICE RESCHEDULING**
                                               **CASE MANAGEMENT CONFERENCE**

*vs.*

MARK LAPERNA.,

    *Defendant(s).*

    Please take notice that the Case Management Conference previously scheduled for August 26, 2008 has been rescheduled for **October 14, 2008 at 2:00 p.m.** before Magistrate Patricia V. Trumbull**.**   Parties are to appear in courtroom #5, 4th Floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

Dated: August 25, 2008             /s/ Corinne Lew
                                         Corinne Lew
                                         DEPUTY CLERK